AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| V | **CRIMINAL COMPLAINT** |
| **ARELLANO VARGAS, ESMERALDA**<br>A94 932 444 | Case no.: **1:07 PO - 0274** |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __5/07/2007__ in Cameron county, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by willful concealment of a material fact, and in furtherance of such violation did present a Laser Visa Border Crossing Card,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a(n) Customs and Border Protection Officer and that this complaint is based on the following facts:

THE DEFENDANT ATTEMPTED TO GAIN ILLEGAL ENTRY INTO THE UNITED STATES VIA THE GATEWAY INTERNATIONAL BRIDGE IN BROWNSVILE, TEXAS. THE DEFENDANT PRESENTED A LASER VISA BORDER CROSSING CARD BEARING THE NAME OF MARIA GUADALUPE NOLASCO MENDEZ AND FURTHER CLAIMED TO BE SAID PERSON TO CUSTOMS AND BORDER PROTECTION OFFICER JOSE GARCIA. THE DEFENDANT WAS DETERMINED BY CUSTOMS AND BORDER PROTECTION OFFICERS TO BE A CITIZEN AND NATIONAL OF MEXICO BY BIRTH WITH NO LEGAL STATUS TO ENTER AND/OR RESIDE IN THE UNITED STATES.

**Continued on the attached sheet and made a part hereof:** ___Yes  X No

/s/
**Sergio Velásquez CBPO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**
**May 8, 2007**                                                at           **BROWNSVILLE, TEXAS**
Date                                                                                        City and State

**JOHN WM. BLACK, U.S. MAGISTRATE**                                /s/
Name & Title of Judicial Officer                           Signature of Judicial Officer